UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEENVERIFIED, INC.,

        Plaintiff,

v.

PLATINUM DATA VERIFI LLC d/b/a SEEK VERIFY, SEEKVERIFY LLC, MR. JAROSLAV HEVERY, MR. JUSTIN DEWOLF, and ONE OR MORE JOHN / JANE DOE(S),

        Defendants.

---

Case No. 18-2145 (ER)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to FRCP, Rule 7.1, defendants Platinum Data Verifi LLC ("PDV") and SeekVerify LLC ("SeekVerify") state as follows:

1. No publicly held corporation owns stock in PDV or SeekVerify; and

2. PDV is a subsidiary of ADV Capital LLC.

Dated: June 28, 2018

Respectfully submitted,

By: /s/ J. Kevin Snyder
J. Kevin Snyder (admitted *pro hac vice*)
Brian H. Newman (admitted *pro hac vice*)
Dykema Gossett LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
ksnyder@dykema.com

By: /s/ Mathew E. Hoffman
Mathew E. Hoffman
Barton LLP
420 Lexington Avenue, 18th Floor
New York, New York 10170
Telephone:  (212) 687-6262
mhoffman@bartonesq.com

*Counsel for Defendants Platinum Data Verifi LLC, SeekVerify LLC, Jaroslav Hevery and Justin DeWolf*